**SEALED**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

# United States District Court
# Northern District of Texas

2017 SEP 21 PM 3:42

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | **WARRANT FOR ARREST** |
| BYRON KEITH RISER | CASE NUMBER: 3:17-MJ-637-BN |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: BYRON KEITH RISER
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Distributing Narcotics and Possessing Firearm in furtherance of distributing Narcotics

in violation of Title 21, United States Code, Section (s) 841(a)(1).

DAVID L. HORAN
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

Dallas, TX 9/5/2017
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-20-17 | K. Hibbets - TFO | _[signature]_ |

USMS - FID 10400098

0022