ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2018 FEB 15  PM 3: 41

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:17-CR-459-L |
| BYRON KEITH RISER | |

## FACTUAL RESUME

In support of Riser's plea of guilty to the offense in Count Two of the Indictment, Riser, the defendant, Courtney Stamper, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

### ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the Indictment, charging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), that is, Possession with Intent to Distribute a Controlled Substance, the government must prove each of the following elements beyond a reasonable doubt:[1]

> *First.*   That the defendant knowingly possessed a controlled substance;
>
> *Second.* That the substance was in fact a mixture or substance containing a detectable amount of marijuana; and
>
> *Third.*   That the defendant possessed the substance with the intent to distribute it.

### STIPULATED FACTS

1.   On or about July 13, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Byron Keith Riser**, knowingly possessed with

---

[1] Pattern Crim. Jury Instr. 5th Cir. 2.93 (2015).

Factual Resume – Page 1

intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

2. More specifically, on July 13, 2017, in the Dallas Division of the Northern District of Texas, Riser sold approximately 12 grams of marijuana to another individual.

[remainder of page left intentionally blank]

Factual Resume – Page 2

3. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the Indictment.

AGREED TO AND STIPULATED on this 15th day of February, 2018.

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
BYRON KEITH RISER
Defendant

_____
COURTNEY STAMPER
Attorney for Defendant

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia State Bar No. 73215
1100 Commerce Street, Third Floor
Tel: 214-659-8680
Fax: 214-659-8812
Email: philip.meitl@usdoj.gov

Factual Resume – Page 3